Larry TOTTEN; et al., Plaintiffs— Appellees,

v.

VALENTINE CORPORATION, general contractor; et al., Defendants,

and

Richard D. Gentry; et al., Defendants— Appellants.

No. 04–15634.

D.C. No. CV–03–00198–WHA.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2005.*

Decided Dec. 14, 2005.

Shirley A. Lee, Esq., Weinberg, Roger & Rosenfeld, Pasadena, CA, for Plaintiffs– Appellees.

Dennis J. Byrne, Law Offices of Dennis J. Byrne, Santa Rosa, CA, for Defendants– Appellants.

Before BRUNETTI, KOZINSKI, and SILVERMAN, Circuit Judges.

MEMORANDUM **

We affirm for the reasons set forth in the district court's March 8, 2004 order

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

granting appellees' motion for summary judgment.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.